UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IRVING TISSUE, INC.,

      Plaintiff,

vs.

DISTRIBUTION UNLIMITED, INC.,

      Defendant.

Civil Action No.:
1:09-cv-00127(FJS/RFT)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41, that all claims in the above-captioned action are hereby dismissed with prejudice, without costs, and with each party to bear its own attorneys' fees.

Dated: New York, New York
      June 12, 2009

**FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC**
Attorneys for Plaintiff,
Irving Tissue, Inc.
5 Penn Plaza, 23rd Floor
New York, New York 10001
(646) 378-2033

36 Cattano Avenue, Suite 500
Morristown, New Jersey 07960
(973) 343-4960

BY: _____
ROBERT B. MEOLA
(Bar Roll No. 514840)

**BURKE, SCOLAMIERO, MORTATI & HURD, LLP**
Attorneys for Defendant, Distribution Unlimited, Inc.
9 Washington Square, Suite 201
P.O. Box 15085
Albany, New York 12212-5085
(518) 862-1386

BY: _____
THOMAS J. MORTATI
(Bar Roll No. 506590)

SO ORDERED

FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE
6/22/09

1